IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

      Plaintiff,

v.                                       No. 2:20-cv-00043

HARDWOOD SPECIALTIES, INC.,
SHANNON GREENE and JANICE
GREENE,

      Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the parties, by and through counsel of record, and inform the Court that this matter has become moot and is proper for dismissal as the matter underlying it has been resolved by way of mutual compromise. The parties submit this Joint Stipulation of Dismissal of the above-captioned matter with prejudice. No discretionary costs will be applied for or awarded.

Respectfully submitted,

By:    s/Jonathan D. Stewart
       BRADFORD D. BOX, BPR # 016596
       JONATHAN D. STEWART, BPR #023039
       *Attorneys for Plaintiff*
       209 E. Main Street
       P.O. Box 1147
       Jackson, TN 38302-1147
       (731) 423-2414


s/Jeffrey C. Taylor
Jeffrey C. Taylor BPR # 013436
Attorney for Defendant Hardwood Specialties, Inc.
365 West Third North Street
Morristown, Tennessee 37814


s/C. Dwaine Evans
C. Dwaine Evans, BPR # 004701
Attorney for Defendants Janice and Shannon Greene
818 West 1st North Street
Morristown, Tennessee 37814